**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

---

In Re: **Danielle Lorraine Fuller**

Debtor(s)

Case No.: **19−69262−lrc**
Chapter: **13**
Judge: **Lisa Ritchey Craig**

---

### ORDER TO EMPLOYER TO TERMINATE ORDER TO DEDUCT OR REMIT

To: Amazon.Com LLC

It appearing that the Chapter 13 plan was COMPLETED on 7/1/24,

It is hereby ORDERED that the previous Order issued by this Court directing the Employer to deduct a portion of the above−referenced Debtor(s) wages is hereby TERMINATED, thus relieving the Employer of any obligation to deduct from any monies due and owing to the debtor.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's Counsel, any Trustee, and Employer.

SO ORDERED, on 7/2/24

_____

Lisa Ritchey Craig
UNITED STATES BANKRUPTCY JUDGE

Dated: July 2, 2024

Form termedo −08/2019